**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00738-CV

**WENDY EDMONDS, Appellant**

**V.**

**RIVERWALK APTS., Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02659-B**

## ORDER

Appellant has not paid the filing fee for this appeal and we have received correspondence from the Dallas County Clerk that appellant has not paid for the clerk's record. We have also received a clerk's record containing appellant's affidavit of indigence, the Dallas County Clerk's contest to the affidavit, and the trial court's June 26, 2013 order sustaining the contest and stating that appellant is not entitled to proceed without payment of the appellate costs.

Accordingly, we **ORDER** appellant to pay the $175 filing fee for the appeal by **JULY 26, 2013**. Failure to pay the filing fee by the date specified will result in the Court dismissing the appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

We further **ORDER** appellant to provide this Court, by **JULY 26, 2013**, with written verification that she has made arrangements with the Dallas County Clerk to pay for the clerk's

record.  Failure to provide the written verification by the date specified will result in the Court dismissing this appeal without further notice.  *See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to appellant Wendy Edmonds at wedmonds57@yahoo.com; to the Dallas County Clerk, Civil Records Division; and to counsel for appellee.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE